1010

THE ESTATE OF MAIA HAYKIN ET AL., *Appellants*, v. THE CITY OF BELLINGHAM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-00168-5, Charles R. Snyder, J., entered August 26, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, C.J., and Lau, J.

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JAY DOERING, *Appellant*.

*In the Matter of the Personal Restraint of* RYAN JAY DOERING, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00242-0, Sally F. Olsen, J., entered August 27, 2010, together with a petition for relief from personal restraint. Judgment *remanded with instructions* and petition *dismissed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

JUNG JIN ET AL., *Respondents*, v. KYB FARMS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-07514-7, Beverly G. Grant, J., entered June 24, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Van Deren, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KYLE J. STODDARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-1-00023-0, Scott R. Sparks, J., entered May 23, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.